# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROBERT E. BANNISTER                                                                  PETITIONER
ADC #151001

V.                          NO. 5:14CV00201 DPM/JTR

RAY HOBBS, Director,                                                                 RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are barred by the one-year statute of limitations, and were reasonably adjudicated by the state courts. *Doc. #8*. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before August 11, 2014,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 11th DAY OF July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE