IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. BANNISTER
ADC #151001                                                                PETITIONER

v.                            No. 5:14-cv-201-DPM-JTR

RAY HOBBS, Director, ADC                                                   RESPONDENT

## ORDER

Unopposed recommendation, № 12, adopted as modified. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Bannister's petition is untimely. The one-year limitations period began on 28 October 2011 and ran before Bannister filed his petition. *Gonzales v. Thaler*, 131 S. Ct. 641, 656 (2012); *Camacho v. Hobbs*, 774 F.3d 931, 934–35 (8th Cir. 2015). A certificate of appealability will not issue because Bannister hasn't made a substantial showing that the Constitution was violated in his case. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 February 2015