IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. BANNISTER
ADC #151001                                                                              PETITIONER

v.                             No. 5:14-cv-201-DPM

RAY HOBBS, Director, ADC                              RESPONDENT

## JUDGMENT

Bannister's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2015